UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIHAN WILDER<br><br>    Plaintiff,<br><br>-against-<br><br>COMMUNITY MOBILE TESTING, et al.,<br><br>    Defendants. | 24-CV-1665 (LJL)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A telephone conference is scheduled for **Friday, July 12, 2024, at 12:30 PM**, in advance of a settlement conference. Counsel are directed to join the conference at the scheduled time. The Courtroom Deputy will email the conference details.

  If counsel are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED: July 9, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge