UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIHAN WILDER<br><br>               Plaintiff,<br><br>-against-<br><br>COMMUNITY MOBILE TESTING, et al.,<br><br>               Defendants. | 24-CV-1665 (LJL) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The parties last updated the Court on the status of settlement on August 15, 2024. (*See* ECF 24.) The parties shall submit another joint update on the status but not the substance of their settlement talks by **September 16, 2024**.

DATED:    September 5, 2024
              New York, New York

                                              SO ORDERED.

                                              **ROBYN F. TARNOFSKY**
                                              United States Magistrate Judge