UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JIHAN WILDER, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br>-against-<br><br>**COMMUNITY MOBILE TESTING, INC., and LABQ DIAGNOSTICS, LLC,**<br><br>**Defendants.** | Case No.: 24-CV-1665 |

**PROPOSED RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Fed. R. Civ. P. 68, Defendants offered to allow Plaintiff to take judgment against them. On September 17, 2024, Plaintiff's attorney confirmed acceptance of Defendants' Offer of Judgment. Dkt. No. 28.

It is **ORDERED** that judgment is entered in favor of the Plaintiff in the corresponding sum listed in Exhibit A to Dkt. No. 28, and accordance with the terms and conditions of Defendants' Rule 68 Offer dated September 3, 2024.

**DATED:**

_____
**Hon. Judge Lewis J. Liman, U.S.D.J.**