UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JIHAN WILDER, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br>-against-<br><br>**COMMUNITY MOBILE TESTING, INC., and LABQ DIAGNOSTICS, LLC,**<br><br>**Defendants.** | Case No.: 24-CV-1665 |

**PROPOSED RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Community Mobile Testing, Inc. and LabQ Diagnostics, LLC (collectively "Defendants"), offered to allow Plaintiff Jihan Wilder ("Plaintiff") to take a judgment against them, in the sum of Ten Thousand Dollars ($10,000.00) inclusive of costs and attorney's fees with respect to Plaintiff's claims only under the Fair Labor Standards Act, as amended, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated September 3, 2024 and on September 19, Plaintiff's attorney confirmed Plaintiff's acceptance of Defendants' Offer of Judgment at Docket Number 30. It is ORDERED and ADJUDGED, that judgment is entered in favor of Plaintiff in the sum of Ten Thousand Dollars ($10,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated September 3, 2024.

**DATED**:

_____
**Hon. Judge Lewis J. Liman, U.S.D.J.**